■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WASKAR HERNANDEZ, Also Known as OSCAR HERNANDEZ, Appellant. [53 NYS3d 621]—

Judgment, Supreme Court, New York County (Michael R. Sonberg, J.), rendered December 1, 2015, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree, and sentencing him to a term of one year, unanimously affirmed.

Merely requesting a more lenient sentence failed to preserve defendant's current claims that his postplea arrest did not constitute a violation of the plea agreement, that he substantially complied with the agreement, that the court should have inquired into the validity of the new arrest, or that the plea should have been vacated (*see People v Pollard*, 132 AD3d 554 [1st Dept 2015], *lv denied* 26 NY3d 1111 [2016]), and we decline to review them in the interest of justice. As an alternative holding, we also reject them on the merits. Concur—Friedman, J.P., Richter, Mazzarelli, Feinman and Gische, JJ.